

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
Feb 5, 2010
FEB 5 - 2010

Judge David H. Coar
United States District Court

| | |
|---|---|
| United States of America | ) |
| Plaintiff, | ) |
| | ) CASE NO. 07 CR 594 |
| v. | ) JUDGE DAVID H. COAR |
| Charmaine Rickette | ) |
| Defendant | ) |

## LETTERS DATED 12/16/2009, 1/14/2010 AND 1/20/2010 FROM CHARMAINE RICKETTE

## COURT'S RESPONSE LETTER TO RICKETTE

## COURT'S LETTER TO WARDEN CHAPMAN

# United States District Court
## Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Chambers of
Judge David H. Coar

Phone (312) 435-5648
Facsimile (312) 554-8530



February 5, 2010

Dear Ms. Richette:

I have read your letters and I am truly sorry that you are having a difficult time with your pregnancy.

You ask that I change your sentence. I cannot do that. Rule 35 of the Federal Rules of Criminal Procedure allow the sentencing judge to "correct" a sentence only within 7 days after sentencing and only where the sentence resulted from "arithmetical, technical, or other clear error." Your request falls outside of the time requirements and the authorized grounds for changing the sentence. You will recall that at your sentencing hearing, I gave you time to consult with your attorney and your family about whether you wanted to withdraw your Rule 11(c)(1)(c) plea agreement. After that consultation, you told me that you did not wish to withdraw. That agreement specified the period of imprisonment.

Having said that, I agree with you that it would be better if you were afforded the opportunity to spend time with your child after her delivery. By separate letter, I will recommend to the Bureau of Prisons taht you be allowed to participate in the MINT program.

I wish you (and your child) well.

Sincerely,

David H. Coar

# United States District Court

## Northern District of Illinois

219 South Dearborn Street

Chicago, Illinois 60604

Chambers of
Judge David H. Coar

Phone (312) 435-5648
Facsimile (312) 554-8530



February 5, 2010

Dear Warden Chapman:

I am enclosing a copy of a letter that I received from Charmaine Richette, whom I sentenced several months ago and who (I believe) is in your custody at the Federal Medical Center, Carswell. I write this letter to recommend that Ms. Richette be allowed to participate in the MINT program and to provide some background about this young woman.

I frequently encounter criminal defendants who make bad choices. Sometimes these choices are part of a pattern of poor decisions, and sometimes they are uncharacteristic. Throughout the proceedings in her case, Ms Richette's involvement in what was a violent transaction was anomalous. I am convinced that she has poor judgment and can be incredibly naïve, but she is not violent.

In her letters to me, Ms. Richette asks me to modify her sentence. I cannot do that because she agreed to it. On the other hand, in serving the term of her sentence, I would strongly urge that she not be considered a violent criminal because, truly, she is not.

Thank you for any consideration that you may give her.

Sincerely,

David H. Coar

① 

**RECEIVED**

JAN 2 0 2010

12-16-09

Dear Mr. Judge Coar      **JUDGE DAVID H. COAR**

    I want to start this letter off by just saying Thank you. Thank you for even taking the time out of your day to read this letter, it really means so much to me. My name is Charmaine S. Pickette. The day of my sentenceing my Aunt gave a touching speech in which you informed us it was one of the most well put together speeches you have ever heard in your career. You were very touched. I'm sure you said the same about mine also. I'm sending this letter for some type of asstistance in some way, I really need your help very soon, I'm running out of time. I was told a Judge has alot of power over things, so thats why I camming to you for help. When I was convited and sentance I was just as suprised as my family was. You mention to me now you didn't understand how I have gotten myself into such a big mess. I'm still looking for that answer for myself and my family. I am -or was the sole provider for my family. I was also my mothers financial support and caretaker. They depended on me full time and I let them down. My children father is suffering financial hardship with my absence. My children are also suffering mental problems also. My family is broken, and falling apart and its all my fault.



I cry every night wondering how I could leave them or how something like this could happen. I'm writing this so you could have a good idea of who I am. I know a PSI is suppose to help you know about my life but it cant explain my heart. People make bad choices in there lives. I'm sure you have before, no ones perfect. I'm really not a bad person. I have no criminal history, not even a cigarette smoked or an illegal drug on my record. I will addimitt to an alcohol addiction of some sort. I have some mental problems of my own which led me to that (drinking). It wasn't to bad, but any drinking is too much to me. As far as my family history. My mother is a functional addict, drugs and alcohol. I had been working with her to kick the habbits. My father was also a drug addict, he kicked his, or a least thats what he told me. My mother is still on step #1 Denial. I have lived my life supporting my mother, sisters and my own family. When a person is not mentaly stabble themselfs it could lead to a break down. I never faced my own problems, my past. It was the reason why I made the bad choices I did make in my life. I'm now seeing a P.S.Y. just like I was when I was out, but we are getting somewhere. I have a problem with being loved, like, wanted, and also a problem with saying no. Its one reason why I got myself into a big mess.



Now, I don't want to make this letter to long so I'm going to make this short. When I was a child ~~&~~ I had an accident where I fell and hit my mouth and face (head) on a wooden and ~~Gold~~ Steal balancing beam. That was the day my life was over in my eyes. It caused me to look extremly bad for many years. It was a long process to get back to normal, It took years. It never brought back my Selfesstem. I was ~~teased~~ and ~~touchered~~ my both School and home (my brothers and Sisters). I had no one, no friends, no brothers or Sisters, no boyfriend.... no one. I was depressed and very lonely for many, many years. When my dad married his 3th wife (thats Another Story) She had a son, he was my first friend, my first real brother sister relationship. He was murder when I was 15. They took the only thing I had away from me. I'm now dealing with that I just put it aside for so many years. He excepted me for who I was and treated me like a sister.

Since then I had a problem with being excepted, loved, liked by others. All I wanted was for people to like me. I would over work my self at work, Pay boyfriends bills, give money to whomever asked me, If anyone asked I



did for them. I have alway got taken advantage of by others or just made bad chocies just to be liked. I do know it was a weekness I had, a sickness that I had for many years, when I looked at myself I seen that same little girl people didn't like. Not anymore I'm not that same person. I'm working on me now, but my children need me bad. I can't let them suffer that emptyness that I felt.

When I truned myself in it was the worst day of my life. I had to walk away from my two boys (6 year old, 1 year old). Then I recived more bad news. I found out I was expecting a child. It was painful to know I would have another child I would have to leave. A few months before I was force with a very hard decision of abortion. I wasint for abortion but in my case I had no other choices Then I get pregnant again. I find this out 2 hours after truning myself in. I just couldn't understand why this could happeing to me, and was I that bad of a person? Then I came to a decision of abortion again. Only this time I'm in jail (prison). When I tryed to get things done I was giving the runaround by B.O.P. Wrong prices, wrong pracudures then shipped off to Carswell FMC in T.X. Harlton Stf had alot of people against it. I was



even told by a Consular that I would have to look my baby in the face when I got to heaven if I aborted it. Then ~~cuo~~ being Consoled by Carswell didnt go well either. I was showed pictures of what the baby looked like, and told diffrent ways they kill the baby it was pure torcher. It was a long hurtfull process but with the help of Ms Ford I made it through so far. Then when that time came it was to late. At that point I knew GOD wanted me to have this baby, but I also knew it was going to be hard and life threating. My last birth didnt go so well.

Now I'm 5 months pregnate and having alot of problems. I have been put on bedrest and have been bleeding and passing blood clots and they dont know whats wrong with me or my baby. This place is not what people think it is. I would be better off with my doctor who knows me and my body. I'm costing BOP more on medical then they recive for me. I have been out to the hospital about 5 times already and had a biopsy done on my cheast. (Still don't know whats happening with that).



I already went on long enough with my past and what I'm going through now. So now I'm just going to ask you for what I need. I need to be home with my children and this new born. My children are suffering without me and now I'm going to have 3 kids who need me. I maybe asking for alot but I don't know what else to do. I'm crying out to you for help. I need a sentance reduction to go to a mint program in West V.A. for 1 year. (Mothers and infants together). Then I can go on some type of home confindment for 3 years or whatever. Thats over 4 1/2 years in fedral custody. or monitering. Anyway you would like to do it I just need to bond with my newborn and raise my other children as well.

You are the only person that can help me. I also want to do Commuity service and start a program to help others like me. They have let Papper do it and they have back rounds and only get a year or so. I may not have the money they have but my heart is bigger then theres. I can do more and will never end up back in a jail. I would never leave my children again. So please



find it in your heart to help me I'm running out of time. I wont dissapoint you. Please help me get home on home confindment a.s.a.p. My babies need me I dont care how long or if you extend my probation. Just please help me and hear my cry for help.

Please help me

Charmaine. S. Rickette



Name: Rickette Onamani
Reg. No. 12744424
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Judge David H. Coar
219 S. Dearborn
U.S. Courthouse 20th fl
Chicago IL 60604

"legal mail"

*from Charmaine Rickett*

**RECEIVED**

JAN 2 5 2010

**JUDGE DAVID H. COAR**

1-14-10

Dear Judge Coar

I'm not sure if you are getting my letters. I really need your help. People ask you all the time for a second chance. I'm asking for a chance. Just one chance to show you what I can do for my community. A chance to be with my children and raise them better then I was raised. I need to give them a better life then I had. My children need me very much right now. I'm Due to have a baby on May 1st 2010 and she is going to need to bond with her mother. It's very important to me that she receives all the nutrition from me that my milk will give her. (I'm having a girl) I have no criminal record (other then now) or a violent bone in my body, but I have been treated like one. I was not aware of most of the things going on when fighting my case. My lawyer didn't explain to me what was going to happen. How can a person with no criminal history recive a 8 year 10 month sentance with 5 year probation? That was very harsh to me, and because of the type of crime I treated as a violent criminal and it wont allow me to enroll in programs to cut my time.

Please help me. I need to be with my children. I'm asking you to some how cut my sentance. Please grant me some type of downward departure. I want to go to the Mint program in West. V.A.. They allow you to stay with your new born for about a year or so. I'm also asking for home confindment, 3year or so. With what I'm serving now, plus mint and 3year home confindment that adds up to 4year 8 months. Thats almost 5year plus I also have 5 years probation. Please hear me out and think about this. You would never have to worry about any troble from me or any other charge. I'm not that type of person. What I want to do is to make a diffrence. My community needs an out reach program. The amount of woman in prison has grown in large numbers, and something needs to be done. I have never had a drug problem or anything like that. The problem I have had was mentally. Mentally letting my past control my future, which can sometimes lead to making bad chocies in life or depended on a mans fellings for you. I need to help people, woman like me. This could happen to anyone, any woman. Some one needs to help change things.

That person will be me, if you give me a chance. Its the only chance I will need "ever"!. You are the only person who can help me, and I'm begging you to hear my cry. I was my children sole provider and they are having a hard time. Please help me I can't take the risk of them being split apart or now know if my new born will know her brothers. I need them and they need me and my commuity also needs me. Please help me, I can make a diffrence in some lives and raise my children to be good people. I dont want them to suffer the lost that I did. Please help me. You are the only one who can and I know you have the power to. If they can let a rapper do 1500 hours of commuity service and 1year and 1 day for having guns as a felon who has had several chances and was giving more, or Levi's mother "Sherry Johnston" was given a ankle monitor for selling drugs. "Oxycontin". Is this all because of money? I dont have the money to pay a big time lawyer but I have the heart to change my community. I need your help. My helth is not very good right now and me and this baby are not doing to well.

We all make mistakes in life, but I asking you to let me show you how I can make it up. My children need me very, very, very bad. I'm sorry for that one bad choices I made, but what I can do will make up 1000 times for it. Please her my cry and help me.

Please ☹

Charmaine Rickette.

Name: Rickett Charmaine
Reg. No. 16744-424
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

FORT WORTH TX 761

Judge David Coar
219 S Dearborn St
Chicago, IL 60604
(US Courthouse)

"legal mail"

2nd letter

Please take the time 🙂
to read.

**RECEIVED**

JAN 25 2010

JUDGE DAVID H. COAR

1-20-10

Dear, Mr. Judge Coar,

This will be my 3rd letter to you. I pray to God every night that you are reading them. I know your days are long and full of paper work so I won't make this letter long. I also pray everynight that you hear my heart and my cry for help. I can only imagin how many letters you get from imates you Sentanced everyday, asking for 2nd chances. All I'm asking for is 1 chance. One chance to make things right. My children need me so much and this unborn child needs to bond with her mother. I was the type of mother who did everything with my children. I was very into there lives. Sure I had some mental problems and I let my past control my life. It lead me to make some bad choeies which lead me in here. I'm not a bad person but I know I did a bad thing. I'm asking for forgiveness and help. I can help others like me, with an outreach program. I'm not asking you to set me free. Im asking you to put me on home confindment for how ever long you want, so I can raise my children and they wont go through what I went through. They need to be together and there are facing being split up. My new-born may not know her brothers if I dont get home when shes born. I need a down ward departure of some sort and don't know what to do. Please help me. I just need to get home to my family. There family father is doing as much as he can, but cant do much. Please help me. Mint program (IN W.V.) last about 1 year but I cant get into the program with out you. Only you can order me to the program.

Then home confindment where I can also help my community and start a program. Woman really need a program that talks about other issuse to help woman stay out of prison because of men. Please help me, Please help me.

I'm going to keep writting you because I need you to know how much I need your help, how much I need my children and they need me so badly. [All three of them (newborn)] Please hear my cry for help. I'm in so much pain here and have a really bad high risk pregnancy. I'm in pain in my body 24 hours 7 days a week and they don't do anything about it. Please help me get the pain out of my heart. Please help me please.

✓ Just a thought ✓

1 year mint program
3 year home confindment (plus) * Community Service
Totals to: 4 year 9 months                * fines
                                          * Extend probation

or  4 years home confindment (plus) * Community Service
                                    * fines
                                    * Extend probation

I will never mess up again, 1st and last time.

please help me.

Charmaine S. Bickette



Name: Nickette Chamaine
Reg. No. 17444
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

7009 1680 0000 3668 6503

CERTIFIED MAIL

ATT:
Judge David Coar
219 S Dearborn St (20?)
Chicago, IL 60604